# Court of Appeals
# of the State of Georgia

ATLANTA, July 08, 2014

*The Court of Appeals hereby passes the following order*

**A14I0227. IN THE INTEREST OF: A. H., A MINOR CHILD.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Juvenile Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

14JV0431



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, July 08, 2014.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*